1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  JAY A. NELSON, No. 258431
   225 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Direct: 415.439.8347
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5  jay@colemanbalogh.com

6  Attorneys for Defendant
   KASHKA CLAY
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,   | Case No. 09-1062 PJH
13 |     Plaintiff,              |
                                 | [PROPOSED] ORDER AMENDING
14 |                             | CONDITIONS OF PRETRIAL RELEASE
15 |        v.                   |
16 |                             |
17 | KASHKA CLAY,                |
                                 | Before the Honorable Laurel Beeler
18 |     Defendant.              | United States Magistrate Judge

1   Before the Court is Defendant Kashka Clay's Ex Parte Application to Amend the
2 Conditions of his pretrial release to permit him to travel generally to Pasadena, California.
3 Counsel for Mr. Clay reports that Mr. Clay's Pretrial Services Officer, Paul Marmaro, and
4 Assistant United States Attorney Stephen G. Corrigan consent to the requested modification,
5 provided Mr. Marmaro approves Ms. Clay's travel itineraries and provides whatever further
6 direction and oversight he deems appropriate.  After reviewing the application and the
7 Declaration of Counsel in support thereof, and for good cause shown, the Court hereby modifies
8 the terms of Mr. Clay's pretrial release as follows:
9   The travel restrictions set forth in the conditions of Defendant Kashka Clay's pretrial
10 release are HEREBY MODIFIED to permit Mr. Clay to travel generally to Pasadena, California,
11 subject to the direction of his Pretrial Services Officer and the oversight of this Court.  All of the
12 remaining conditions of Mr. Clay's pretrial release remain in full effect.
13   IT IS SO ORDERED.
14
15 Dated: March 11, 2010                          _____
16                                                LAUREL BEELER
                                                  UNITED STATES MAGISTRATE JUDGE