1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  EVAN C. GREENBERG, No. 271356
   235 Montgomery Street, Suite 1070
3  San Francisco, CA 94104
   Phone: 415.391.0440
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5
   Attorneys for Defendant
6  KASHKA CLAY

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          Case No. 09 Cr. 1062 PJH (KAW)

13                Plaintiff,           [PROPOSED] ORDER MODIFYING
                                       CONDITIONS OF RELEASE
14
          v.
15
    KASHKA CLAY,
16
17                Defendant.

18                                     Before the Honorable Kandis A. Westmore
                                       United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

[Proposed] Order Modifying Conditions of Release
Case No. 09 Cr. 1062 PJH (KAW)

1    **[~~PROPOSED~~] ORDER**

2          Based on the foregoing Stipulation to Modify Conditions of Release, and for good cause

3    shown, IT IS ORDERED that the conditions of Defendant Kashka Clay's release pending

4    sentencing are modified to allow Mr. Clay to travel to Las Vegas, Nevada, on December 9, 2016,

5    and return to the Northern District of California on December 11, 2016.

6          IT IS FURTHER ORDERED THAT before leaving the Northern District of California,

7    Mr. Clay shall give all travel itinerary and lodging information to his Pretrial Services Officer,

8    Carol Mendoza, as requested.  This modification applies only from December 9 to 11, 2016, and

9    apart from allowing this travel, does not affect any term of Mr. Clay's release.

10          IT IS SO ORDERED.

11

12   DATED:  ___12/8/16___                    _____

13                                THE HONORABLE KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Modifying Conditions of Release
Case No. 09 Cr. 1062 PJH (KAW)                    1